[No. 32838-1-II. Division Two. October 31, 2006.]

*In the Matter of the Estate of* ANITA E. MOI.

TERRY A. NELSON, *Appellant*, v. RONALD E. JUSENIUS, *Respondent.*

Appeal from a judgment of the Superior Court for Pierce County, No. 02-4-01403-1, Frederick W. Fleming, J., entered January 7, 2005. *Affirmed* by unpublished opinion per Penoyar, J., concurred in by Armstrong and Quinn-Brintnall, JJ. Now published at 136 Wn. App. 823.

[Nos. 32924-7-II; 32930-1-II. Division Two. October 31, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. RODNEY JAMES HARRIS, *Appellant.*

Appeals from a judgment of the Superior Court for Clark County, No. 00-1-01214-4, Roger A. Bennett, J., entered February 18, 2005. *Affirmed* by unpublished opinion per Houghton, C.J., concurred in by Quinn-Brintnall and Van Deren, JJ.

[Nos. 33064-4-II; 34092-5-II. Division Two. October 31, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. BRYANT O'KEITH WILLIAMS, *Appellant.*

*In the Matter of the Personal Restraint of* BRYANT O. WILLIAMS, *Petitioner.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 04-1-01922-1, Sally F. Olsen, J., entered March 1, 2005, together with a petition for relief from personal restraint. Judgment *reversed* and *remanded with instructions* and petition *dismissed* by unpublished opinion per Bridgewater, J., concurred in by Houghton, C.J.; Hunt, J., dissenting.